

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-20-00075-CR

---

REBECCA DALE CARTER BRANCH, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 47723-B

---

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Rebecca Dale Carter Branch appeals from her conviction of possession of a controlled substance. On December 2, 2020, Branch's court-appointed appellate counsel filed an *Anders*[1] brief, and on January 5, 2021, Branch filed a pro se motion for access to the appellate record for purposes of preparing a response to her counsel's *Anders* brief. Branch's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Branch's access to the record.

On January 5, 2021, Branch's appointed counsel informed this Court that he mailed a complete paper copy of the appellate record to Branch. On February 4, 2021, this Court forwarded a copy of the sole digitally recorded exhibit that was part of Branch's appellate record to prison officials at the Texas Department of Criminal Justice's Murray Unit and ordered those officials to afford Branch a means of reviewing that exhibit. Allowing fifteen days from the date of this order for the record to be delivered to Branch and for her to review the sole digitally recorded exhibit that is part of that record and giving Branch thirty days to prepare her pro se response, we hereby set March 22, 2021, as the deadline for Branch to file her pro se response to her counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE: February 4, 2021

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2